IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07- |
| v. | : | DATE FILED: |
| BRANKO LAZIC | : | VIOLATION: 42 U.S.C. § 7413(c)(1) (improper removal of asbestos - 1 count) 18 U.S.C. § 2 |
| | : | |

### I N F O R M A T I O N

#### COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 29, 2002, in Ambler, in the Eastern District of Pennsylvania, defendant

**BRANKO LAZIC**

knowingly violated, and aided and abetted the violation of, applicable work practice standards enacted pursuant to the Clean Air Act, Title 42, United States Code, Section 7412, governing the removal of asbestos-containing materials by an operator of a renovation activity which he conducted at an elementary school in Ambler, Pennsylvania, and which involved the removal of more than 260 linear feet of regulated asbestos containing material, ("RACM"); specifically, during the removal of insulation on pipe joints known as "pipe elbows," knowing that the material being removed contained asbestos, he failed to comply with the requirement to adequately wet the RACM during the removal operation, and aided and abetted that failure.

1

In violation of 40 C.F.R. § 61.145(c)(3), Title 42, United States Code Section 7413(c)(1), and Title 18, United States Code, Section 2.

_____
**PATRICK L. MEEHAN**
**UNITED STATES ATTORNEY**


**RONALD J. TENPAS**
**ACTING ASSISTANT ATTORNEY GENERAL**
**ENVIRONMENT AND NATURAL**
**RESOURCES DIVISION**